## A93A1452. FREEMAN v. THE STATE.
(450 SE2d 461)

McMurray, Presiding Judge.

Our prior judgment in *Freeman v. State*, 210 Ga. App. 183 (435 SE2d 461), having been reversed by the Supreme Court of Georgia in *State v. Freeman*, 264 Ga. 276 (444 SE2d 80), our judgment is vacated and the judgment of the Supreme Court of Georgia is made the judgment of this court.

*Judgment affirmed. Johnson and Blackburn, JJ., concur.*

DECIDED OCTOBER 7, 1994.

*Frank T. Bell*, for appellant.
*Charles M. Ferguson, District Attorney*, for appellee.